JOHN F. GARLAND  #117554
Attorney at Law
2950 Mariposa Street, Suite 130
Fresno, California  93721

Telephone:  (559) 497-6132

Attorney for Defendant,
RALPH GONZALES

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>RALPH GONZALES,<br><br>　　　Defendant. | Case No. 1:19-CR-00236 NONE-SKO<br><br>**STIPULATION TO MODIFY CONDITIONS OF  PRETRIAL RELEASE AND SUPERVISION AND  ORDER THEREON** |

　　　Defendant, RALPH GONZALES, by and through his counsel, John F. Garland and the United States of America, by and through its counsel, McGregor W. Scott, United States Attorney and Kathleen A. Servatius, Assistant United States Attorney, hereby stipulate that the conditions of release of defendant RALPH GONZALES ordered by this Court on November 1, 2019 (Doc. 17) be modified to include the following special conditions:

1. You must participate in the substance abuse treatment program at Westcare inpatient facility, and comply with all the rules and regulations of the program. You must remain at the inpatient facility until released by the Pretrial Services Officer.
    a. A responsible party, approved by Pretrial Services, must escort you to all required court hearings and escort you back to the inpatient facility upon completion of the hearing.

2. You must refrain from any use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner;

1

and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used.

3. All prior orders of the Court not in conflict with the above special conditions remain in full force and effect.

The reasons for the modification of release conditions are that in February 2020 the defendant submitted two positive tests for the use of methamphetamine and the defendant recently admitted to the use of methamphetamine on June 21, 2020. Pretrial Services Officer Anthony Perez agrees to the above modification of pretrial release conditions.

Dated: June 24, 2020              /s/ John F. Garland
                                    John F. Garland
                                    Attorney for Defendant
                                    RALPH GONZALES

Dated: June 24, 2020              McGregor W. Scott
                                    United States Attorney

                                    /s/ Kathleen A. Servatius
                              By:   Kathleen A. Servatius
                                    Assistant U.S. Attorney

**ORDER**

GOOD CAUSE APPEARING, based on the stipulation of the parties, IT IS HEREBY ORDERED that Pretrial Release conditions of defendant RALPH GONZALES are modified as set forth above.

IT IS SO ORDERED.

Dated: **June 25, 2020**            _____
                                    UNITED STATES MAGISTRATE JUDGE