JOHN F. GARLAND  #117554
Attorney at Law
2950 Mariposa Street, Suite 130
Fresno, California  93721

Telephone:  (559) 497-6132

Attorney for Defendant,
RALPH GONZALES

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:19-CR-00236 NONE-SKO |
|---|---|
| Plaintiff, | **STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE AND SUPERVISION AND ORDER THEREON** |
| v. | |
| RALPH GONZALES, | |
| Defendant. | |

Defendant, RALPH GONZALES, by and through his counsel, John F. Garland and the United States of America, by and through its counsel, Phillip A. Talbert, Acting United States Attorney and Antonio J. Pataca, Assistant United States Attorney, hereby stipulate that the conditions of release of defendant RALPH GONZALES ordered by this Court on November 1, 2019 (Doc. 17) be modified as follows:

1. The travel restriction in **Condition 7(c)** is modified to "travel restricted to the Eastern District of California and the Northern District of California, unless otherwise approved in advance by the Pretrial Services Officer.

2. All prior orders of the Court not in conflict with this Order will remain in full force and effect.

Pretrial Services Officer Jessica McConville agrees to the above modification of pretrial release conditions.

1

Dated:  October 4, 2021                                /s/ John F. Garland
                                                        John F. Garland
                                                        Attorney for Defendant
                                                        RALPH GONZALES


Dated:  October 4, 2021                                Phillip A. Talbert
                                                        Acting United States Attorney

                                                        /s/ Antonio J. Pataca
                                                    By:   Antonio A. Pataca
                                                        Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING, based on the stipulation of the parties,

IT IS HEREBY ORDERED that Pretrial Release conditions of defendant RALPH  GONZALES

are modified as set forth above.

**IT IS SO ORDERED**

IT IS SO ORDERED.

Dated:   **October 4, 2021**                 _____
                                                UNITED STATES MAGISTRATE JUDGE

2