JOHN F. GARLAND  #117554
Attorney at Law
2950 Mariposa Street, Suite 130
Fresno, California 93721

Telephone: (559) 497-6132

Attorney for Defendant,
RALPH GONZALES

FILED

FEB 2 3 2022

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:19-CR-00236 JLT-SKO |
|---|---|
| Plaintiff, | **STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE AND SUPERVISION AND ORDER THEREON** |
| v. | |
| RALPH GONZALES, | |
| Defendant. | |

Defendant, RALPH GONZALES, by and through his counsel, John F. Garland and the United States of America, by and through its counsel, Phillip A. Talbert, Acting United States Attorney and Antonio J. Pataca, Assistant United States Attorney, hereby stipulate that the conditions of release of defendant RALPH GONZALES ordered by this Court on November 1, 2019 (Doc. 17) be modified as follows:

   6. The defendant is placed in the custody of: Linda Marie Hernandez . . .

   Condition 6 be **DELETED**.

The reason for the deletion of a third party custodian is that Linda Marie .Hernandez recently died unexpectedly and the defendant has been in full compliance with his pretrial conditions of release since September 2020. The parties agree that a third party custodian is not necessary.

1

2. All prior orders of the Court not in conflict with this Order will remain in full force and effect.

Pretrial Services Officer Jessica McConville agrees to the above modification of pretrial release conditions.

Dated: February 22, 2022

/s/ John F. Garland
John F. Garland
Attorney for Defendant
RALPH GONZALES

Dated: February 22, 2022

Phillip A. Talbert
United States Attorney

/s/ Antonio J. Pataca
By:   Antonio J. Pataca
Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING, based on the stipulation of the parties,

IT IS HEREBY ORDERED that Pretrial Release conditions of defendant RALPH GONZALES are modified as set forth above.

**IT IS SO ORDERED**

Dated: 2/23/22

ERICA P. GROSJEAN
United States Magistrate Judge

2