PHILLIP A. TALBERT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>RALPH GONZALES,<br><br>                    Defendant. | CASE NO. 1:19-CR-00236 JLT-SKO<br><br>STIPULATION TO CONTINUE SENTENCING HEARING; ORDER |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, Assistant United States Attorney Antonio Jose Pataca, counsel for plaintiff, and John Garland, counsel for defendant Ralph Gonzales, that the Court may continue the sentencing hearing currently scheduled for May 8, 2023, to June 20, 2023, at 10:00 a.m.

This continuance is requested to permit defense counsel and the United States Probation Officer additional time to conduct a presentence investigation. The requested continuance is made with the intention of conserving time and resources for both the parties and the Court. The government is in agreement with this request and the requested date is a mutually agreeable date for both parties. As this is a sentencing hearing, no exclusion of time is necessary.

IT IS SO STIPULATED.

Dated: March 21, 2023                         PHILLIP A. TALBERT
                                              United States Attorney

                                              /s/ ANTONIO J. PATACA
                                              ANTONIO J. PATACA
                                              Assistant United States Attorney

Dated: March 21, 2023                         /s/ JOHN GARLAND
                                              JOHN GARLAND
                                              Counsel for Defendant
                                              Ralph Gonzales

# ORDER

IT IS HEREBY ORDERED that the sentencing hearing scheduled for May 8, 2023, be continued to June 20, 2023 at 10:00am.

IT IS SO ORDERED.

Dated:   **March 21, 2023**                   _____
                                              UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE SENTENCING                    2