1   JOHN F.  GARLAND   #117554
    Attorney at Law
2   2950 Mariposa Street, Suite 130
    Fresno, California  93721
3
    Telephone:  (559) 497-6132
4

5   Attorney for Defendant,
    RALPH GONZALES
6

7               IN THE UNITED STATES DISTRICT COURT FOR THE

8                   EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,                Case No. 1:19-CR-00236 JLT-SKO

11      Plaintiff,                           **MOTION  TO TERMINATE CJA
                                             APPOINTMENT OF JOHN F.
12      v.                                   GARLAND AS ATTORNEY OF
                                             RECORD AND  ORDER**
13  RALPH GONZALES,

14      Defendant**.**

15

16

17      On October 25, 2019, defendant RALPH GONZALES was charged in a Complaint with

18  federal charges. CJA Panel Attorney John F. Garland was appointed as trial counsel to represent

19
    Mr. Gonzales on October 25, 2019 in his criminal case. Mr. Gonzales was sentenced pursuant to
20
    a plea agreement on June 20, 2023. The time for filing a direct appeal expired on July  4, 2023.
21
22  No notice of appeal was filed. Mr. Gonzales was in custody at sentencing. The trial phase of Mr.

23  Gonzales' criminal case has, therefore come to an end. Having completed his representation of

24  Mr. Gonzales, CJA attorney John F. Garland now moves to terminate his appointment under the

25  Criminal Justice Act.
26
        Should Mr. Gonzales require further legal assistance he has been advised to contact the
27
28  Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare

1

Street, Suite 330, Fresno, California 93721, or by telephone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

Dated:   September 5, 2023                              Respectfully submitted,


/s/ John F. Garland
John F. Garland
Attorney for Defendant
RALPH GONZALES

**ORDER**

Having reviewed the Motion and found that attorney John F. Garland has completed the services for which he was appointed, the Court hereby grants attorney Garland's request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, California 93721. The telephone number for the Federal Defender's Office is (559) 487-5561 (collect) or (855) 656-4360 (toll free). If appropriate, the Federal Defender's Office will arrange for the re-appointment of counsel to assist Defendant.

The Clerk of the Court is directed to serve a copy of this order on Defendant Ralph Gonzales at the following address and to up-date the docket to reflect Defendant's pro se status and contact information.

> RALPH GONZALES
> Reg. No.78539-097
> FCI Sheridan
> Federal Correctional Institution
> P.O. Box 5000
> Sheridan, OR 97378

IT IS SO ORDERED.

Dated:    **September 6, 2023**

_____
UNITED STATES DISTRICT JUDGE